1  JOSEPH P. RUSSONIELLO (CSBN 44332)
2  United States Attorney

**FILED**

2008 APR 16 P 2: 11

*E-FILING*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,

**CR -08    00242**    **RS**

12          Plaintiff,          )
13              v.                )
                                 )  VIOLATIONS: Title 18, United States
14  MATTHEW VERGHESE,            )  Code, Section 13, assimilating Cal. Vehicle
                                 )  Code Section 23152(a) - Driving Under the
15          Defendant.           )  Influence (Class B misdemeanor); Title 18,
                                 )  United States Code, Section 13, assimilating
16                               )  Cal. Vehicle Code Section 23152(b) -
                                 )  Driving with Blood Alcohol Percentage of
17                               )  0.08 or More (Class B misdemeanor)
                                 )
18  _____  )  SAN JOSE VENUE

19              I N F O R M A T I O N

20  The United States Attorney charges:

21  COUNT ONE: (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(a) - Driving Under the
22              Influence)

23      On or about March 13, 2008, at the NASA Ames Research Center in the County of Santa
24  Clara, and in the Northern District of California, an area within the special maritime and
25  territorial jurisdiction of the United States, the defendant,

26              MATTHEW VERGHESE,

27  did operate a motor vehicle while under the influence of alcohol, in violation of Title 18, United
28  States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class B

INFORMATION

1  misdemeanor.

2  <u>COUNT TWO</u>:  (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(b) - Driving with
3                 Blood Alcohol Percentage of 0.08 or More)

4        On or about March 13, 2008, at the NASA Ames Research Center in the County of Santa
5  Clara, and in the Northern District of California, an area within the special maritime and
6  territorial jurisdiction of the United States, the defendant,

7                              MATTHEW VERGHESE,

8  did operate a motor vehicle while having 0.08 percent or more, by weight, of alcohol in his
9  blood, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle
10  Code, Section 23152(b), a Class B misdemeanor.

11

12  DATED: 4/9/08

13                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
14

15

16                                    MATTHEW A. PARRELLA
                                      Chief, San Jose Branch Office
17

18  (Approved as to form:

19        REID DAVIS
          Law Clerk
20

21

22

23

24

25

26

27

28

**INFORMATION**                        -2-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

#### OFFENSE CHARGED

Title 18, U.S.C. § 13, assimilating Cal Vehicle
Code § 23152(a) - Driving Under the Influence
Title 18, U.S.C. § 13, assimilating Cal Vehicle
Code § 23152(b) - Driving with Blood Alcohol
Percentage of 0.08 or More

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

*E-FILING*

PENALTY:
Count One: 6 months imprisonment, $1000 fine, $10 special
assessment fee
Count Two: 6 months imprisonment, $1000 fine, $10 special
assessment fee

---

Name of District Court, and/or Judge/Magistrate Location

**FILED** NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

2008 APR 16 P 2: 10

► MATTHEW VERGHESE

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT NUMBER
U.S. DIST. COURT
NO. DIST. OF CA. S.J.

# CR-08 00242 RS

---

#### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Dirk Meier, NASA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    SUSAN KNIGHT

---

#### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

3644 Lindenwood Dr
San Jose CA 95117

Date/Time: May 29, 2008 at 9:30am

Before Judge: Trumbull

Comments: