US ATTORNEY OFFICE Fax Jul 3 2008 09:13am P003/004

LEO P. REILLY (CSBN 75581)
181 Devine Street
San Jose, CA 95110
Telephone: 408-283-0574
FAX: 408-275-0412
lpreilly@dmvcounsel.com

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MATHEW P. VERGHESE,<br>Defendant | Case No.: CR 08-00242 RS<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND TO PERMIT DEFENDANT TO LEAVE COUNTRY<br><br>[PROPOSED] ORDER |

Defendant, Mathew Verghese, has entered a plea of Guilty to a charge of violating 18 U.S.C. §13, assimilating California Vehicle Code §23152 (b), driving with a blood alcohol concentration level of 0.08 or higher.

Defendant's sentencing date is currently set for September 23, 2008.

Defendant is required by his employer to attend a conference in San Francisco and give a presentation on that date. Defendant is also required by his employer to attend a business meeting in London, Great Britain between August 8 and August 14, 2008. As such, Defendant respectfully requests that (a) the sentencing hearing be continued in accordance with the proposed dates set forth below; and (b) that Defendant be permitted to leave the country on August 8, 2008 and return to the United States of America no later than August 16, 2008.

The proposed date for Defendant's sentencing hearing will be September 30, 2008.

Received: -> LAW OFFICES; Page 4
US ATTORNEY OFFICE Fax Jul 3 2008 09:13am P004/004

Respectfully Submitted,

Date: June 30, 2008

LEO P. REILLY
Attorney for Defendant

JOSEPH P. RUSSONIELLO
United States Attorney

Date: 7/2/08

for SUSAN KNIGHT
Assistant United States Attorney
Attorney for Plaintiff

Date: 7/2/08

ERWIN CENA
Law Clerk

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

______________________________
United States Magistrate Judge