LEO P. REILLY (CSBN 75581)
181 Devine Street
San Jose, CA 95110
Telephone: 408-283-0574
FAX: 408-275-0412
lpreilly@dmvcounsel.com

Attorney for Defendant

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATHEW P. VERGHESE,

    Defendant

Case No.: CR 08-00242 RS

STIPULATION TO CONTINUE SENTENCING HEARING AND TO PERMIT DEFENDANT TO LEAVE COUNTRY

[PROPOSED] ORDER
RS

Defendant, Mathew Verghese, has entered a plea of Guilty to a charge of violating 18 U.S.C. §13, assimilating California Vehicle Code §23152 (b), driving with a blood alcohol concentration level of 0.08 or higher.

Defendant's sentencing date is currently set for September 23, 2008.

Defendant is required by his employer to attend a conference in San Francisco and give a presentation on that date. Defendant is also required by his employer to attend a business meeting in London, Great Britain between August 8 and August 14, 2008. As such, Defendant respectfully requests that (a) the sentencing hearing be continued in accordance with the proposed dates set forth below; and (b) that Defendant be permitted to leave the country on August 8, 2008 and return to the United States of America no later than August 16, 2008.

The proposed date for Defendant's sentencing hearing will be September 30, 2008.

Respectfully Submitted,

Date: June 30, 2008

_____
LEO P. REILLY
Attorney for Defendant

JOSEPH P. RUSSONIELLO
United States Attorney

Date: 7/2/08

_____
SUSAN KNIGHT
Assistant United States Attorney
Attorney for Plaintiff

Date: 7/2/08

_____
ERWIN CENA
Law Clerk

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7-21-08

_____
United States Magistrate Judge

Stipulation to Continue Hearing and Permit Defendant to Leave Country - 2