1  LEO P. REILLY (CSBN 75581)
   181 Devine Street
2  San Jose, Ca 95110
   Telephone: (408) 283-0574
3  FAX :(408) 275-0412
   lpreilly@dmvcounsel.com
4
   Attorney for Defendant
5

6              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
7                   SAN JOSE DIVISION

8

9

10

11  UNITED STATES OF AMERICA,           )   Case No.: CR 08-00242 RS
                                        )
12              Plaintiff,              )   STIPULATION TO CONTINUE SENTENCING
                                        )   HEARING AND TO PERMIT DEFENDANT
13        vs.                           )   TO LEAVE COUNTRY
                                        )
14  MATHEW P. VERGHESE,                 )
                                        )   [PROPOSED] ORDER
15              Defendant               )

16

17     Defendant, Mathew Verghese, has entered a plea of Guilty to a charge of violating 18

18  U.S.C. §13, assimilating California Vehicle Code §23152 (b), driving with a blood alcohol

19  Concentration level of 0.08 or higher.

20     Defendant's sentencing date is currently set for September 30, 2008.

21     Defendant is required by his employer to attend a conference in San Francisco and give

22  a presentation on that date. Defendant is also required by his employer to attend a business

23  meeting in London, Great Britain between August 19 and August 25, 2008. As such, Defendant

24  respectfully requests that (a) the sentencing hearing be continued in accordance with the

25  proposed dates set forth below; and (b) that Defendant be permitted to leave the country on

26  August 19, 2008 and return to the United States of America no later than August 27th, 2008.

27     The proposed date for Defendant's sentencing hearing will be September 30, 2008.

28

Stipulation to Continue Hearing and Permit Defendant to Leave Country

1

Sent By: LAW OFFICES;

1
2                                           Respectfully Submitted,
3
4   Date:  5/5                              /S/
5                                           ─────────────────────────
                                            LEO P. REILLY
6                                           Attorney for Defendant
7
8                                           United States Attorney
9
    Date:  8/12/08                          ─────────────────────────
10                                          Assistant United States Attorney
                                            Attorney for Plaintiff
11
12
13
14
15
16  Pursuant to stipulation, IT IS SO ORDRED.
17
18  Date:
19                                          ─────────────────────────
                                            United States Magistrate Judge
20                                          Richard C. Board
21
22
23
24
25
26
27
28

Stipulation to Continue Hearing and Permit Defendant to Leave Country

2