LEO P. REILLY (CSBN 75581)
181 Devine Street
San Jose, Ca 95110
Telephone: (408) 283-0574
FAX :(408) 275-0412
lpreilly@dmvcounsel.com

Attorney for Defendant

**E-FILED**
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MATHEW P. VERGHESE, <br><br> Defendant | Case No.: CR 08-00242 RS <br><br> STIPULATION ~~TO CONTINUE SENTENCING HEARING AND~~ TO PERMIT DEFENDANT TO LEAVE COUNTRY /RS <br><br> [~~PROPOSED~~ /S] ORDER |

Defendant, Mathew Verghese, has entered a plea of Guilty to a charge of violating 18 U.S.C. §13, assimilating California Vehicle Code §23152 (b), driving with a blood alcohol Concentration level of 0.08 or higher.

Defendant's sentencing date is currently set for September 30, 2008.

Defendant is required by his employer to attend a conference in San Francisco and give a presentation on that date. Defendant is also required by his employer to attend a business meeting in London, Great Britain between August 19 and August 25, 2008. As such, Defendant respectfully requests that (a) the sentencing hearing be continued in accordance with the proposed dates set forth below; and (b) that Defendant be permitted to leave the country on August 19, 2008 and return to the United States of America no later than August 27th, 2008.

The ~~proposed~~ date for Defendant's sentencing hearing ~~will be~~ September 30, 2008. /RS remains

Stipulation to Continue Hearing and Permit Defendant to Leave Country

1

| | |
|---|---|
| | Respectfully Submitted, |
| Date: 5/5 | S/S<br>LEO P. REILLY<br>Attorney for Defendant |
| | United States Attorney |
| Date: 8/12/08 | [signature]<br>Assistant United States Attorney<br>Attorney for Plaintiff |

Pursuant to stipulation, IT IS SO ORDRED.

Date: 8/13/08

[signature]
United States Magistrate Judge
~~Richard C. Board~~
RICHARD SEEBORG

Stipulation to Continue Hearing and Permit Defendant to Leave Country

2